### STATE of Missouri, Plaintiff-Respondent,

v.

### Stacy SHELTON, Defendant-Appellant.

### No. 49642.

Missouri Court of Appeals, Eastern District, Division Two.

Feb. 4, 1986.

Motion for Rehearing and/or Transfer Denied March 11, 1986.

Application to Transfer Denied April 15, 1986.

Kathryn Shubik, St. Louis, for defendant-appellant.

Jennifer H. Fisher, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

### PER CURIAM:

Defendant appeals after conviction by a jury of stealing without consent, a Class C felony, in violation of § 570.030, RSMo. 1978. The court found defendant to be a prior offender and sentenced him to four years imprisonment. An extended opinion would be of no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for the order affirming the judgment. The judgment is affirmed pursuant to Rule 30.25(b).